IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DALE HARAPAT,

    Plaintiff,

vs.                                                                                               No. CIV 08-512 JB/GBW

BENJIE VIGIL, PHIL ESQUIBEL and TONY
VALDEZ, in their individual capacities, and
RICHARD FLORES, in his official capacity,

    Defendants.

**STIPULATED ORDER TO DISMISS ANY AND ALL CLAIMS AGAINST
DEFENDANTS PHIL ESQUIBEL AND TONY VALDEZ**

**THIS MATTER** came before this Court on Plaintiff, Dale Harapat's Unopposed Motion to Dismiss Any and All Claims against Defendants Phil Esquibel and Tony Valdez. The Court having reviewed the Motion and arguments made therein and has considered that the parties have entered into a settlement of Plaintiff's claims and that all the parties to this litigation do not oppose this Motion. Accordingly, this Court finds that Plaintiff's Unopposed Motion to Dismiss Any and All Claims against Defendants Phil Esquibel and Tony Valdez, is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all of the claims which Plaintiff Dale Harapat brought or could have brought against Phil Esquibel or Tony Valdez in the above-entitled and numbered cause of action are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties shall each bear their own costs and attorney's fees related to the claims hereby dismissed.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

By:        /s/
      ADAM S. BAKER
      BAKER LAW OFFICE, LL
      P.O. Box 3572
      Taos, New Mexico 87571
      (505) 231-8984

      ALAN H. MAESTAS
      ALAN MAESTAS LAW OFFICE, P.C.
      224 Cruz Alta, Ste. H
      Taos, New Mexico 87571
      Telephone: (575) 737-0509

*Attorneys for Plaintiff Dale Harapat*

APPROVED:

By:        /s/
      Luis Robles, Esq.
      Robles, Rael & Anaya, P.C.
      500 Marquette Ave., NW, Suite 700
      Albuquerque, New Mexico 87102
      (505) 242-2228

*Attorneys for Defendants Phil Esquibel and Tony Valdez*

       /s/
      Carlos M. Quiñones, Esq.
      Qiunones Law Firm
      1532 Paseo de Peralta, Ste. B
      Santa Fe, NM 87501

*Attorney for Defendant Benjie Vigil*