IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DALE HARAPAT,

      Plaintiff,

vs.                                                                             No. CIV 08-0512 JB/GBW

BENJIE VIGIL, PHIL ESQUIBEL,
and TONY VALDEZ, in their individual
capacities, and RICHARD FLORES,
in his official capacity,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on (I) the Plaintiff's Unopposed Motion to Dismiss Any and All Claims Against Defendants Phil Esquibel and Tony Valdez, filed January 22, 2010 (Doc. 107); (ii) the Plaintiff's Unopposed Motion to Dismiss Any and All Claims with Prejudice Against Defendant Vigil, filed January 24, 2010 (Doc. 111); and (iii) the Plaintiff's Amended Stipulation of Dismissal with Prejudice, filed January 25, 2010 (Doc. 113). Plaintiff Dale Harapat's claims against all Defendants were dismissed with prejudice pursuant to the Court's Stipulated Order to Dismiss Any and All Claims Against Defendants Phil Esquibel and Tony Valdez, filed January 25, 2010 (Doc. 114); the Court's Order of Dismissal with Prejudice, filed January 28, 2010 (Doc. 116) against Defendant Benjie Vigil; and (iii) the Plaintiff's Amended Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of all claims against Defendant Richard Flores. The Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered and that Plaintiff Dale Harapat's claims

against Defendants Benjie Vigil, Phil Esquibel, Tony Valdez, and Richard Flores are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Adam S. Baker
Taos, New Mexico

-and-

Alan H. Maestas
Maestas & Boothby, P.C.
Taos, New Mexico

    *Attorneys for the Plaintiff*


Carlos M. Quinones
Quinones Law Firm
Santa Fe, New Mexico

    *Attorney for Defendant Benji Vigil*

Luis E. Robles
Terri S. Beach
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Phil Esquibel, Tony Valdez, Richard Flores*